IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, | No C 10-2009 VRW |
| Plaintiff, | ORDER & ORDER TO SHOW CAUSE |
| v | |
| XIN XIN ("Annie") LI, | |
| Defendant. | |
| | |
| XIN XIN ("Annie") LI, | No C 09-3622 VRW |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v | |
| MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, DOES ONE TO TEN, | |
| Defendants. | |

On May 10, 2010, Merrill Lynch Pierce Fenner & Smith Incorporated ("Merrill Lynch") filed a petition to confirm an arbitration award issued by a Financial Industry Regulatory Authority arbitration panel.  10-cv-2009 VRW, Doc #1.  Li has filed a statement of non-opposition to defendant's motion.  09-cv-3622 VRW, Doc #41; 10-cv-2009, Doc #14.

In light of Li's non-opposition to Merrill Lynch's petition, the court GRANTS Merrill Lynch's petition in its entirety and CONFIRMS the arbitration award, 10-cv-2009 VRW, Doc #1; Li is ORDERED TO SHOW CAUSE on or before September 9, 2010 in a writing of not more than ten pages why judgment should not be entered in favor of Merrill Lynch in the above-captioned cases.  Failure to respond to this order shall be grounds on which to enter judgment in favor of Merrill Lynch in cases captioned 10-2009 VRW and 09-3622 VRW.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge