```
                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE NORTHERN DISTRICT OF CALIFORNIA


MERRILL LYNCH, PIERCE, FENNER &              No C 10-2009 VRW
SMITH INCORPORATED,
                                                   ORDER
          Plaintiff,

          v

XIN XIN ("Annie") LI,

          Defendant.


XIN XIN ("Annie") LI,                        No C 09-3622 VRW

          Plaintiff,                               ORDER

          v

MERRILL LYNCH, PIERCE, FENNER &
SMITH INCORPORATED, DOES ONE TO
TEN,

          Defendants.
                                        /
```

On August 24, 2010 the court ordered Xin Xin "Annie" Li to show cause why judgment should not be entered against her in the above-captioned cases.  Doc #15.  In its order, the court made clear that failure to respond would be considered grounds on which to enter judgment in favor of Merrill Lynch in the both cases.  Id.  Li has not filed a response to the court's order and the deadline for doing so has passed.  Accordingly, the clerk is DIRECTED to enter judgment in cases 09-cv-3622 VRW and 10-cv-2009 in favor of MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, to terminate all motions, to vacate all hearings and to close the files.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge